# United States District Court

NORTHERN DISTRICT OF GEORGIA

APR - 6 2010

JAMES N. HATTEN, Clerk
By: _Kari Bull_ Deputy Clerk

UNITED STATES OF AMERICA
v.

JUAN FRANCISCO MALDONADO

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:10-MJ-023

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 15, 2009,</u> in <u>Polk</u> County, in the Northern District of Georgia defendant(s) did,

knowingly possess with the intent to distribute, methamphetamine, a controlled substance,

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1)</u>.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.     (X) Yes ( ) No

_____
Signature of Complainant
Tim Spears

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

April 6, 2010                              at     Rome, Georgia
Date                                              City and State

Walter E. Johnson
United States Magistrate Judge              _____
                                             Signature of Judicial Officer

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT TO ARREST</u>

<u>Juan Francisco MALDONADO</u>

1.  I, Tim Spears am a Special Agent with the Drug Enforcement Administration (DEA), and have been so employed since February of 1991.  As such, I am a law enforcement officer of the United States, DEA, U.S. Department of Justice, within the meaning of Section 3052, Title 18, United States Code, Section 3052, which includes being an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses pursuant to Title 18, United States Code, Section 3052.

2.  I base this affidavit on my personal investigation, and the investigation of other law enforcement agencies assisting in the investigation of possession of methamphetamine with intent to distribute it, which occurred in the Northern District of Georgia on August 15, 2009, all in violation of 21 U.S.C. § 841(a)(1).

3.  This affidavit is also based on information provided by numerous persons, including members of the Polk County Police Department, Georgia Bureau of Investigation, Cedartown Police Department and the Rome/Floyd Metro Task Force.  This affidavit is being submitted in support of a criminal complaint charging Juan Francisco MALDONADO with violating 21 U.S.C. § 841(a)(1).

4.  On August 15, 2009, a source of information related that Juan Francisco MALDONADO was preparing to travel to a residence on Collard Valley Road, in the Seney, Georgia, area to sell an ounce of methamphetamine. Based on this information surveillance was initiated on the residence of Juan MALDONADO, located at 70 Tallapoosa Highway, Cedartown, Georgia, 30125. At approximately 2010 hrs, surveillance observed MALDONADO leave his residence driving a white Dodge Caravan with Georgia license plate of BVP 6381. MALDONADO drove from his residence to his mechanics shop that is attached to the rear of Lankford Motor Company, 601 South Main Street, Cedartown, Georgia, arriving at approximately 2027 hrs.

5.  Approximately two minutes later surveillance units observed MALDONADO return to the van and leave the shop. Surveillance was maintained on MALDONADO until he drove out of Cedartown, Georgia, east bound on State Highway 278, in the direction of Rockmart, Georgia.

6.  At approximately 2043 hrs surveillance units followed as MALDONADO turned North onto Substation Road in the direction of Collard Valley Road and the Seney, Georgia, area.

7.  Based on the information received from the source and on the actions of MALDONADO observed by law enforcement, it was

believed that MALDONADO was in possession of methamphetamine and was in route to a residence on Collard Valley Road. It was therefore decided to have MALDONADO stopped by a Polk County Police Department patrol vehicle.

8. At approximately 2054 hrs, Sergeant John Boe of the Polk County Police Department observed the van driven by MALDONADO cross over the center line as it was traveling east bound on Collard Valley Road, Cedartown, Georgia, in violation of state of Georgia traffic laws. Upon initiating the traffic stop on the vehicle, Sergeant Boe approached the driver's side window and attempted to talk to MALDONADO. In response, MALDONADO attempted to speed away. Sergeant Boe reached inside the vehicle and struggled with MALDONADO until Sergeant Boe was able to grip the steering wheel and direct the van into a drainage ditch on the side of the roadway. After the vehicle was unable to continue, MALDONADO was removed from the vehicle and secured by Sergeant Boe.

9. After MALDONADO was secured in the patrol vehicle, Sergeant Boe observed a package of suspected methamphetamine on the driver's side floor board of the van and notified the surveillance units of this discovery. The package of suspected methamphetamine was secured.

10. The suspected methamphetamine was observed by me, and in my training and experience, it appeared to be methamphetamine. The suspected methamphetamine has been sent to the DEA laboratory for confirmatory testing, but the results have not yet been received.

11. On April 6, 2010, I advised MALDONADO, who was in custody, of his Miranda rights, and he agreed to speak with me. During the interview, MALDONADO admitted to possessing methamphetamine with intent to distribute it on August 15, 2009.

12. Based on the facts set forth above, there is probable cause to believe that Juan Francisco MALDONADO possessed methamphetamine, a Schedule II controlled substance, with the intent to distribute it, in violation of 21 U.S.C. § 841 (A)(1).